IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01494-PAB-BNB

MAUREEN BUCHHOLZ, and
WILLIAM E. BUCHHOLZ,

Plaintiffs,

v.

TARGET CORPORATION, a Minnesota corporation,

Defendant.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to File Amended Answer and Jury Demand to Complaint** [docket no. 20, filed October 10, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to accept the Amended Answer and Jury Demand for filing.

DATED:  October 14, 2014