**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01494-PAB-NYW

MAUREEN BUCHHOLZ,
WILLIAM E. BUCHHOLZ,

    Plaintiffs,

v.

TARGET CORPORATION,

    Defendant.

---

**ORDER**

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiffs Maureen Buchholz and William E. Buchholz's ("Plaintiffs") Unopposed Motion to Amend Complaint ("Unopposed Motion"). [#35 filed February 19, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated June 2, 2014 [#9] and memorandum dated February 19, 2015 [#36].

    IT IS ORDERED that Plaintiffs' Unopposed Motion is GRANTED. Plaintiffs are permitted to file a First Amended Complaint. Pursuant to D.C.COLO.LCivR 15.1(b), Plaintiffs shall file and serve on Defendant the First Amended Complaint within 14 days of the date of this Order.

    DATED: February 25, 2015.

                                            BY THE COURT:

                                            s/Nina Y. Wang
                                            United States Magistrate Judge